**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ya Ting Lee,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05752-PHX-JZB

**ORDER**

On August 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. (Doc. 1.) In her Petition, Petitioner asserts that her "detention and coerced voluntary departure violate due process."[1] (*Id.* at 6.) On August 21, 2026, Respondent filed a "Notice of Imminent Removal," wherein they state that Petitioner "is scheduled to be removed in not less than two (2) business days." (Doc. 9.) On August 21, 2026, Petitioner filed an "Emergency Petition for Temporary Restraining Order and Preliminary Injunction" ("Motion for TRO") seeking to enjoin Respondents from removing her from the country during the pendency of these proceedings. (Doc. 10 at 5–6.)

The Court shall grant Petitioner's Motion for TRO to the limited extent that Respondents will be enjoined from removing her from the country pending further order of the Court. *See, e.g.*, *Samborskaya v. Howard*, 2:26-cv-00716-DJH, doc. 12 (D. Ariz. July 30, 2026). No bond shall be required. *See Baca v. Moreno Valley Unified Sch. Dist.*, 936 F. Supp. 719, 738 (C.D. Cal. 1996) (noting that a court may waive a security

[1] The merits of Petitioner's Petition will be addressed in due course.

requirement where it "would have a negative impact on plaintiff's constitutional rights, as well as the constitutional rights of other members of the public affected by the policy"); *see also Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009) (noting that Fed. R. Civ. P. 65 "invests the district court 'with discretion as to the amount of security required, *if any*'") (quoting *Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003). Finally, the Court will set response and reply deadlines regarding Petitioner's Motion for TRO.[2]

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for TRO (doc. 10) is **GRANTED** to the extent Respondents are temporarily **ENJOINED** from removing Petitioner Ya Ting Lee pending further order of the Court. No bond is required.

**IT IS FURTHER ORDERED** that Respondents must file a response to Petitioner's Motion for TRO (doc. 10) no later than **12:00 P.M.** on **AUGUST 24, 2026**.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **5:00 P.M.** on **AUGUST 24, 2026**.

Dated this 22nd day of August, 2026.

Honorable John Z. Boyle
United States Magistrate Judge

---

[2] The Court may, in its discretion, set a telephonic hearing on Petitioner's Motion for TRO.